

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. |
| JOHN MARCO (1) | § | |

INFORMATION

3-08CR0070-K

The United States Attorney Charges:

### Count One
### Perjury
### (Violation of 18 U.S.C. § 1621(2))

On or about June 10, 2003, in the Dallas Division of the Northern District of Texas, defendant, **John Marco,** in a declaration, certificate, verification and statement under penalty of perjury as permitted under 28 U.S.C. § 1746, did willfully subscribe as true a material matter which he did not believe to be true, that is, **Marco** filed and caused to be filed in the United States District Court for the Northern District of Texas in connection with a civil case, a Return of Service and Statement of Service Fees form wherein **Marco**, under the penalty of perjury, falsely declared on the Return of Service and Statement of Service Fees form that on June 4, 2003, he had personally served a copy

**Information - Page 1**

of the summons and complaint upon the said civil case defendant at 302 North Rideway, Cleburne, Texas, which declaration **Marco** knew and believed was not true.

In violation of 18 U.S.C. § 1621(2).

RICHARD B. ROPER
UNITED STATES ATTORNEY

/s/ Mark L. Nichols

MARK L. NICHOLS
Assistant United States Attorney
Texas State Bar No. 14997700
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5253
Facsimile: 817.978.3094
E-Mail: mark.nichols@usdoj.gov

| UNITED STATES DISTRICT COURT | Related Case Information |
|---|---|
| NORTHERN DISTRICT OF TEXAS | |

1. **Defendant Information**

   Juvenile: ☐ Yes  [X] No

   If Yes, Matter to be sealed:
   ☐ Yes  [X] No

   **Related Case Information**

   INFORMATION: Yes [X]  No ☐   New Defendant: Yes [X]  No ☐

   Pending CR Case in NDTX: ☐ Yes  [X] No   If Yes, number: _____

   Search Warrant Case Number _____

   R 20 from District of _____

   Magistrate Case Number: **3-08CR0070-K**

   Defendant Name _____ JOHN MARCO (1) _____

   Alias Name _____

   Address _____

   County in which offense was committed: _____

2. **U.S. Attorney Information**

   Mark L. Nichols                Bar # 14997700

   *RECEIVED MAR - 5 2008 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS*

3. **Interpreter**

   ☐ Yes  [X] No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

   **DEFENDANT WILL SELF SURRENDER**

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:  1   ☐ Petty   ☐ Misdemeanor   [X] Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1621(2) | Perjury | 1 |

   Date  3/5/08           Signature of AUSA: *[signature] for Mark Nichols*