Petition and Order for Early Termination
(3/2007)

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 SEP 14 PM 4: 01

DEPUTY CLERK _____

# United States District Court

for

Northern District of Texas

## Report on Offender Under Supervision - Early Termination Requested

Name of Offender: <u>John Marco</u>                                Case No: <u>3:08-CR-070-K(01)</u>

Name of Sentencing Judicial Officer: <u>Ed Kinkeade, U.S. District Judge</u>

Date of Original Sentence: <u>October 1, 2008</u>

Original Offense: <u>Perjury, 18 USC §1621(2)</u>

Original Sentence: <u>4 years probation</u>

Type of Supervision: <u>Probation</u>                    Date Supervision Commenced: <u>October 1, 2008</u>

Assistant U.S. Attorney: <u>Mark L. Nichols</u>  Defense Attorney: <u>Raymond J. Rogers (Court appointed)</u>

---

## Request to Terminate Supervision Prior to the Original Expiration Date

### I.

The following information/request is being presented for the court's review and decision:

John Marco began his term of probation on October 1, 2008. Mr. Marco has maintained a stable residence and employment for the past two years of supervision. He has also completed full payment of all court ordered financial obligations. A criminal record check was conducted with no indication of a new arrest.

### II.

The probation officer recommends the following action for the court to consider:

On September 8, 2010, contact was made with Assistant U.S. Attorney Mark L. Nichols. He had no objections to Your Honor considering Mr. Marco for early termination from his term of probation.

Petition and Order
John Marco                                                                                                           Page 2
Report on Offender Under Supervision - Early Termination Requested

John Marco has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that John Marco be discharged from supervision.

Respectfully submitted,                                     Approved,

_____                                 _____
Shelli Ray                                                  Deborah B. Durrant
Senior U. S. Probation Officer                              Supervising U. S. Probation Officer
Garland, Texas                                              972-864-8503, Ext. 230
972-864-8503, Ext. 215
Fax: 972-840-6334


I declare under penalty of perjury that the foregoing is true and correct.

_____                                 Signed on ___9-10-10___
Shelli Ray                                                               Date
Senior U. S. Probation Officer

---

## ORDER OF THE COURT

[✓]   Petition is Granted. The Court agrees with the recommendation of the probation officer and orders that John Marco be discharged from supervision and the proceedings in this case be terminated.
[ ]   Petition is Denied.
[ ]   Other:

Signed on ___September 14, 2010___
              Date

                                                            _____
                                                            Ed Kinkeade
                                                            U.S. District Judge

SR/cc